# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTHONY RAY MILLER**  **PLAINTIFF**
**#118266**

v.  Case No. 4:23-cv-00887-BRW

**DEVORE, Deputy,**
**Pulaski County Sheriff;** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. 21.)   No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Therefore, Defendants' Motion for Summary Judgment (Doc. 16) is granted.   Plaintiff's excessive force claim against Defendants Lang, Buckner, and Hester is dismissed with prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 20th day of August 2024.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1